IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES CLAY WILSON | ) | |
| | ) | |
| V. | ) | 3-06-CV-1916-K |
| | ) | |
| LISA MATZ, et al., | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Court finds that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted and they are adopted as the findings and conclusions of the Court. Accordingly, Plaintiffs' Objection (entitled Notice of Appeal- No. 3:06-CV-1916-K(ECF)) to the Findings, Conclusions and Recommendation of the Magistrate Judge, filed on November 2, 2006, are **OVERRULED**.

SO ORDERED.

Signed this 3rd day of November, 2006.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE